```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23329
   ARNOLDO RAMIREZ
   MARIA L RAMIREZ                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-8910      SSN XXX-XX-2771

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/12/07 .

   2.  The case was dismissed without confirmation, 01/04/2008.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00         .00          .00
PRINCIPAL PAID           .00         .00          .00         .00          .00
INTEREST PAID            .00         .00          .00         .00          .00
TOTAL PAID               .00         .00          .00         .00          .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




   Dated: 04/16/08                 /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
   CASE NO. 07 B 23329 ARNOLDO RAMIREZ & MARIA L RAMIREZ
```